UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE FAUNTAIN HERRON, JR., aka MURRICE HERRON,[1] <br><br> Plaintiff, <br><br> v. <br><br> C/O CORTEZ, et al., <br><br> Defendants. | No. 2:25-cv-2429 CSK P <br><br><br> ORDER |

Plaintiff, a state prisoner proceeding pro se, filed a civil rights action pursuant to 42 U.S.C. § 1983, along with a request to proceed in forma pauperis. However, plaintiff did not sign (or date) his complaint. Parties proceeding without counsel are required to sign all pleadings, motions, and other papers submitted to the court for filing. Fed. R. Civ. P. 11(a). Thus, the court is unable to consider plaintiff's complaint unless he signs and re-files the complaint.

---

[1] In his complaint, plaintiff uses "Murrice," but the CDCR inmate locator shows plaintiff's first name as "Maurice." This information was obtained from the CDCR Inmate Locator website, https://ciris.mt.cdcr.ca.gov/ (accessed Aug. 29, 2025). The Court may take judicial notice of public records available on online inmate locators. See United States v. Basher, 629 F.3d 1161, 1165 (9th Cir. 2011) (taking judicial notice of Bureau of Prisons' inmate locator available to the public); see also Foley v. Martz, 2018 WL 5111998, at *1 (S.D. Cal. Oct. 19, 2018) (taking judicial notice of CDCR's inmate locator).

1

      Accordingly, plaintiff is provided an opportunity to re-file his complaint bearing his signature. Failure to comply with this order will result in a recommendation that plaintiff's unsigned complaint be stricken and this action be dismissed.

      In accordance with the above, IT IS HEREBY ORDERED that:

1. Within thirty days from the date of this order, plaintiff shall re-file a <u>signed</u> complaint. Plaintiff's failure to comply with this order will result in a recommendation that plaintiff's unsigned complaint be stricken and this action be dismissed.

2. The Clerk of the Court is directed to send plaintiff a copy of the complaint (ECF No. 1) without the Court's filing banner.

Dated: September 3, 2025

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/herr2429.r11

2