UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE FAUNTAIN HERRON, JR., aka MURRICE HERRON,<br><br>Plaintiff,<br><br>v.<br><br>C/O CORTEZ, et al.,<br><br>Defendants. | No. 2:25-cv-2429 CSK P<br><br>ORDER AND FINDINGS & RECOMMENDATIONS |

By order filed September 3, 2025, plaintiff was notified that his complaint was not signed as required under Rule 11 of the Federal Rules of Civil Procedure. Plaintiff was granted thirty days leave to file a complaint bearing his signature, and was warned that failure to comply with the order would result in a recommendation that plaintiff's unsigned complaint be stricken and this action be dismissed. Thirty days from that date have now passed, and plaintiff has not filed a signed complaint, or otherwise responded to the court's order.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's unsigned complaint (ECF No. 1) is stricken; and

2. The Clerk of the Court is directed to assign a district judge to this case.

Further, IT IS RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

1

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated:  October 9, 2025

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/herr2429.fta.r11

2